Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755




# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

To:      CLERK, U.S. BANKRUPTCY COURT

Re:      UNDISTRIBUTED FUNDS

Debtor:      SANDRA WOULFF
5039 SURFBIRD LANE
GUADALUPE, CA 93434

Case No.:      ND02-12612-RR

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

Payee:                                                                 Amount:

SANDRA WOULFF                                $ 2.60
5039 SURFBIRD LANE
GUADALUPE, CA 93434

Dated: September 10, 2009

*Elizabeth J Rojas*

Elizabeth Rojas, TRUSTEE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

CLERK OF THE COURT

Check No.: 0039594  
Check Date: 09/09/2009  
Check Amt: 2.60

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0212612 | Claim #: 00000 | SANDRA WOULFF | 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 | 0.00 | 0.00 | 2.60 | 2.60 |
| | | TOTALS | | 0.00 | 0.00 | 2.60 | 2.60 |

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

1st Business Bank  
ONE BUNKER HILL BLDG  
601 WEST FIFTH ST.

16-384  
1220

CHECK DATE: Sep 09, 2009  
CHECK NO.: 0039594

WOULFF, SANDRA

Case No: 0212612

PAY ONLY  $**********2.60

CHECK AMOUNT  
$**********2.60  
VOID AFTER 60 DAYS

PAY TO THE ORDER OF: CLERK OF THE COURT

VOID OVER $2.60

*Elizabeth F Rojas* (signature)

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0039594⑈ ⑆122038442⑆ 001 70762 0⑈